IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA MCDOWELL,

                Plaintiff,

      v.

COSMOS CLUB,

                Defendant.

Civil Action No.:
1:25-cv-03562-TSC

## DEFENDANT'S MOTION TO DISMISS

Cosmos Club ("Defendant") hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint of Plaintiff Sandra McDowell for failure to state claims upon which relief can be granted. Defendant files the accompanying Memorandum of Law in support of this motion.

Dated: December 5, 2025

Respectfully submitted,

COSMOS CLUB

By Counsel

Christopher M. Helsel (Bar No. VA162)
Brooks R. Cain (admitted *pro hac vice*)
O'Hagan Meyer, PLLC
225 Reinekers Lane, Suite 300
Alexandria, VA 22314
Telephone: (703) 775-8609
Facsimile: (804) 403-7110
Email: chelsel@ohaganmeyer.com
Email: bcain@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of December 2025, I filed the foregoing with the Court using the CM/ECF system, which will electronically serve all counsel of record who have entered an appearance in this case.

                                                                  /s/ *Christopher M. Helsel*
                                                                  Christopher M. Helsel